| PROB 22 [EDTN51] (1/98) | **TRANSFER OF JURISDICTION** | FILED<br>CLERK, U.S. DISTRICT COURT<br>06/25/21<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: DM  DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>3:05-CR-91-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>2:21-cr-00300-SB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Richard Kato Robinson | DISTRICT<br><br>Eastern District of Tennessee | DIVISION<br><br>Knoxville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable R. Leon Jordan, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02-17-2021 | TO<br>02-16-2031 |

OFFENSE: **Count One**: Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine Hydrochloride and More Than 100 Kilograms of Marijuana; **Count Two**: Money Laundering; **Count Seven**: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **TENNESSEE - KNOXVILLE**

IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Central District of California - Woodland Hills** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-10-21
Date

The Honorable R. Leon Jordan
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Central** DISTRICT OF **California - Woodland Hills**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/24/21
Effective Date

United States District Judge