

# United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 25, 2021

Clerk, United States District Court

_____Eastern_____ District of _____Tennessee_____

United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

Re:    Transfer of Jurisdiction of Probation

Your Case No.  3:05-CR-91-001 _____

Assigned Our Case No.  2:21-cr-00300-SB _____

Case Title:   USA v. Richard Kato Robinson _____

Dear Sir/Madam:

Enclosed please find:

☒  the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _Philip S. Gutierrez_____ .

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐  the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  A. Bandek _____
       Deputy Clerk

cc:    Probation Office, Central District of California
        Probation Office, District of Origin